UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CV-00721-FDW-DCK

| | |
|---|---|
| MARGUERITE WATSON, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| THE TOWN OF MINT HILL, *et al.*, | ) |
| Defendants. | ) |

THIS MATTER is before the Court *sua sponte* regarding the status of this case. On March 3, 2022, the parties, through their mediator, Stephen J. Dunn, advised the Court that "the parties and their respective attorneys participated in a mediated settlement conference with [Mr. Dunn], the result of which was a settlement of all claims." (Doc. No. 28). On March 4, 2022, the Court set a case settlement deadline of April 4, 2022, by which the parties were to file an agreement for entry of judgement or a stipulation of dismissal, or the Court would dismiss the case without prejudice. As of April 18, 2022, the parties have failed to file an agreement for entry of judgment or a stipulation of dismissal. In light of the impending date for trial in this matter, the Court hereby orders this matter to be DISMISSED without prejudice to the right of any party to reopen the case if the settlement is not consummated within twenty-eight (28) days.

IT IS SO ORDERED.

Signed: April 19, 2022

Frank D. Whitney
United States District Judge