# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DISVISION
# CIVIL ACTION NO. 3:20-cv-00721-FDW

| | |
|---|---|
| MARGUERITE WATSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF MINT HILL and MINT HILL )<br>FIRE PREVENTION BUREAU, INC. )<br>f/k/a MINT HILL VOLUNTEER FIRE )<br>DEPARTMENT, INC., )<br>)<br>Defendants. ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this action is dismissed with prejudice. The parties shall bear their own costs and fees.

This the 7th day of July, 2022.

| GRAY, LAYTON, KERSH, SOLOMON, FURR & SMITH, P.A. | HARTZOG LAW GROUP LLP |
|---|---|
| /s/ Michael L. Carpenter<br>CHRISTOPHER M. WHELCHEL<br>NC State Bar No. 31857<br>E-mail: cwhelchel@gastonlegal.com<br>MICHAEL L. CARPENTER<br>NC State Bar No. 35202<br>E-mail: mcarpenter@gastonlegal.com<br>Post Office Box 2636<br>Gastonia, NC 28053-2636<br>Telephone: 704-865-4400<br>Fax: 704-866-8010<br>*Attorneys for Plaintiff* | /s/ Katie Weaver Hartzog<br>KATIE WEAVER HARTZOG<br>N.C. State Bar No. 32989<br>E-mail: khartzog@hartzoglaw.com<br>DANIEL N. MULLINS<br>N.C. State Bar No. 48227<br>E-mail: dmullins@hartzoglaw.com<br>2626 Glenwood Avenue Suite 305<br>Raleigh, NC 27608<br>Phone/Fax: 919-480-2513<br>*Attorneys for Defendant Town of Mint Hill*<br><br>CRANFIL SUMNER LLP<br><br>/s/ Patrick H. Flanagan<br>PATRICK H. FLANAGAN<br>N.C. State Bar No. 17407<br>E-mail: phf@cshlaw.com<br>Post Office Box 30787 |

| | |
|---|---|
| | Charlotte, North Carolina 28230
Telephone: 704-332-8300
Fax: 704-332-9994
*Attorney for Defendant Mint Hill Fire Prevention Bureau, Inc. f/k/a Mint Hill Volunteer Fire Department, Inc.* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DISVISION
CIVIL ACTION NO. 3:20-cv-00721-FDW**

| | |
|---|---|
| MARGUERITE WATSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOWN OF MINT HILL and MINT HILL ) <br> FIRE PREVENTION BUREAU, INC. ) <br> f/k/a MINT HILL VOLUNTEER FIRE ) <br> DEPARTMENT, INC., ) <br> ) <br> Defendants. ) | **CERTIFICATE OF SERVICE** |

    I hereby certify that I electronically filed the foregoing Stipulation of Dismissal With Prejudice with the Clerk of Court using the CM/ECF system, which will effect service on all registered users.

    Katie Weaver Hartzog – khartzog@hartzoglawgroup.com

    Daniel Mullins – dmullins@hartzoglawgroup.com

    Patrick Flanagan – phf@cshlaw.com

    This the 7th day of July, 2022.

                            **GRAY, LAYTON, KERSH, SOLOMON, FURR &
                            SMITH, P.A.**

                            /s/ Michael L. Carpenter
                            CHRISTOPHER M. WHELCHEL
                            NC State Bar No. 31857
                            E-mail: cwhelchel@gastonlegal.com
                            MICHAEL L. CARPENTER
                            NC State Bar No. 35202
                            E-mail: mcarpenter@gastonlegal.com
                            Post Office Box 2636
                            Gastonia, NC  28053-2636
                            Telephone: 704-865-4400
                            Fax: 704-866-8010
                            Attorneys for Plaintiff